# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JIMSON LEONARDO SICHA-VILLALTA**<br><br>**Defendant.** | )<br>)<br>)  Case No.   8:25-MJ-61 (TWD)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 7, 2025, in the county of St. Lawrence in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did conspire to transport, move, and attempt to transport and move, aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

*Complainant's signature*

Matthew T. Miller, U.S. Border Patrol Agent
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: March 11, 2025

City and State:   Syracuse, NY

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge

*United States of America v. Jimson Leonardo SICHA-VILLALTA*

This criminal complaint is based on the following facts:

On March 7, 2025 U.S. Border Patrol ("USBP") received information regarding a vehicle stop which occurred in Canton, NY at approximately 4:30 AM. Law enforcement stated that the blue Toyota Rav 4 at that time was operated by a single adult male. The operator of the vehicle was identified as Jimson Leonardo SICHA-VILLALTA. Law enforcement informed agents the driver stated he was traveling to a farm to pick up friends from Guatemala. The vehicle was traveling towards the United States - Canadian border at the time of the stop.

At approximately 12:55 PM, a Border Patrol Agent ("BPA") was observing traffic from a static position on State Route 3 in Fine, New York. State Route 3 is a route of egress from the United States - Canadian border, used to circumvent the commonly used smuggling routes of US Highway 11 and State Route 37.

The agent observed a blue Toyota Rav 4, matching the description previously provided by law enforcement, travelling south. As the vehicle passed the agent's location, the vehicle slowed down abruptly. The agent observed two occupants, a driver and front seat passenger. The agent believed there was a possible third occupant in the rear seat, but could not confirm at that time. The agent followed the vehicle and observed it slow to approximately 40 mph in a 55 mph speed zone. At approximately 1:05 PM, the agent conducted a roving patrol stop on the blue Toyota Rav 4.

The agent approached the vehicle and identified himself as a U.S. BPA. SICHA-VILLALTA told agents that he had picked up the two passengers in Potsdam, New York and was driving them to Mexico. Border Patrol agents determined that SICHA-VILLALTA was a citizen of Ecuador with authorization to be in the United States legally.

Both passengers in the vehicle ("Individual-1" and "Individual-2") admitted that they were Mexican citizens who had previously entered the United States illegally and had no right to remain in the United States. Record checks ran through Swanton Sector Radio confirmed neither Individual-1 nor Individual-2 had any legal status or obtained permission to remain in the US.

All three subjects, the vehicle, and its contents were transported back to the Ogdensburg Border Patrol Station for further investigation and processing.

At the Ogdensburg Border Patrol Station, all three subjects waived their *Miranda* Rights and agreed to speak with agents freely. Subjects were interviewed using the Spanish language with the help of an interpreter.

Individual-1, stated he illegally entered the United States from Mexico in March of 2023. Individual-1 stated he had been working in Tupper Lake, NY and recently became unemployed. Individual-1 claimed he had searched on Facebook for a "Raitero." The term "Raitero" is commonly used to describe a driver who transports low-wage workers from farm to farm or between worksites. Raiteros have been encountered by the U.S. Border Patrol commonly transporting illegal aliens in violation of law. Individual-1 willingly showed agents a name and phone number saved in his phone listed as "Don Leo Raitero." Individual-1 stated he had agreed to pay the driver $800 USD upon arrival in Buffalo, NY.

Individual-2 stated he had entered the United States illegally from Mexico in 2023. Individual-2 claimed he had been employed on a farm in Champlain, NY, but lost employment. Individual-2 stated he had agreed to pay the driver $800 USD upon arrival in Buffalo, NY. Individual-2 claimed he knew the driver as "Raitero."

Both Individual-1 and Individual-2 claimed the day they were picked up was the first time they had met SICHA-VILLALTA. Additionally, both subjects stated they obtained SICHA-VILLALTA's number from Facebook.

SICHA-Villalta admitted to agents he picked up one of the passengers in Champlain, NY and the other in Tupper Lake, NY. SICHA-VILLALTA claimed that he operated a transportation business in the past but had not legally operated the business in a couple years. An open source search of "Don Leo Raitero New York" revealed a

*United States of America v. Jimson Leonardo SICHA-VILLALTA*

Facebook account named "Don Leo Raitero." The profile picture was SICHA-VILLALTA's phone number, the same phone number Individual-1 previously provided agents. The Facebook account, as recently as 2025, revealed posts marketing farm work, kitchen jobs, places to reside, and offering subjects rides across the US for a fee. Agents asked SICHA-VILLALTA if he had Facebook, which he stated "yes," and that his username is "Jimson Sicha." Agents showed SICHA-VILLALTA the Facebook page for "Don Leo Raitero," at which time SICHA-VILLALTA requested an attorney.